## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TELTRONICS, INC.,

        Plaintiff,

vs

HARGAN-GLOBAL VENTURES, INC.,

        Defendant

Case No.: 8:04-cv-2652-T26-TGW

## STIPULATION OF SETTLEMENT AND DISCONTINUANCE

STIPULATION, dated this 12th day of October, 2005, by and between Plaintiff, TELTRONICS, INC. ("Teltronics"), and Defendant, HARGAN-GLOBAL VENTURES, INC ("Hargan Global").

1. This action is settled and discontinued, with prejudice, with each party to bear their own attorneys' fees, costs and disbursements.

2. This Stipulation may not be changed or terminated orally.

3. This Stipulation is entered into pursuant to that certain Settlement Agreement entered into by and among Teltronics, Hargan Global and Tri-Link Technologies, Inc., dated October 12, 2005 ("Settlement Agreement").

4. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

5.    This Stipulation may be executed in any number of counterparts and by counsel for the parties hereto on separate counterparts, each of which counterparts, when so executed and delivered, shall be deemed to be an original and all of which counterparts, taken together, shall constitute but one and the same Stipulation.

David Oliver, Esq.
Florida Bar No. 521922
Greenberg Traurig, P.A.
450 S. Orange Avenue
Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile: (407) 841-1295

Dale R. Sisco, Esq.
Florida Bar No. 559679
Sisco & Associates, P.A.
500 East Kennedy Boulevard
Suite 100
Tampa, FL 33601
Telephone: (813) 244-0555
Facsimile: (813) 221-9736

Carl S. Levine, Esq.
New York No. CL1320
Carl S. Levine & Associates, P.C.
125 Jericho Turnpike, Ste. 100
Jericho, NY 11753
Telephone: (516) 334-0390
Facsimile: (516) 334-9788

orl-fs1\OLIVERD\416747v02\84130.010100

2